## Melvin L. Abrams, Appellant, v. Monica Abrams, Appellee.

**Gen. No. 9,666.**

John S. Gaw, Kenneth H. Lemmer and Richard W. Velde, for appellant; A. M. Fitzgerald and George William Cullen, for appellee. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed March 3, 1950; released for publication March 29, 1950.